Messrs. *Patrick J. Farrell* and *Oliver E. Sweet* on that for the Interstate Commerce Commission.

---

No. 472. R. BURNEY LONG *v.* STATE OF LOUISIANA. Error to the Supreme Court of the State of Louisiana. Argued January 6, 1927. Decided January 10, 1927. *Per Curiam.* Dismissed for want of a Federal question on the authority *Shulthis* v. *McDougal,* 225 U. S. 561, 569; *Hull* v. *Burr,* 234 U. S. 712, 720; *Norton* v. *Whiteside,* 239 U. S. 144, 147; and also on the authority of *Hebert* v. *Louisiana,* 272 U. S. 312. *Mr. M. C. Scharff,* with whom *Messrs. R. Burney Long, N. Vick Robbins,* and *Bernard F. Garvey* were on the brief, for plaintiff in error. *Mr. E. R. Schowalter* for defendant in error.

---

No. 80. LOUISVILLE AND NASHVILLE RAILROAD COMPANY *v.* LEVY HALL. Error to the Supreme Court of the State of Mississippi. Argued January 6, 1927. Decided January 10, 1927. *Per Curiam.* Dismissed for want of jurisdiction under § 237 of the Judicial Code, there not appearing in the record of the case before the entry of a final judgment to which this writ of error was allowed that the validity of any statute of the State was drawn in question in the State court. *Shulthis* v. *McDougal,* 225 U. S. 561, 569; *Hull* v. *Burr,* 234 U. S. 712, 720; *Norton* v. *Whiteside,* 239 U. S. 144, 147. *Mr. Harry H. Smith* for plaintiff in error. *Mr. Walter J. Gex* for defendant in error, submitted.